UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYMAN POULADDEJ, <br><br> Defendant. | Case No. 4:20-cv-01186-HSG <br><br> **ORDER TO RESCHEDULE HEARING ON CASE <u>MANAGEMENT CONFERENCE</u>** |

Based upon the Administrative Motion to Reschedule the Hearing on Case Management Conference, and good cause appearing, the Motion is GRANTED. The hearing is scheduled to June 23, 2020 at 2:00 p.m.

IT IS SO ORDERED.

Date: 3/12/2020

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.