|   |   |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MATILOCK, INC.,

    Plaintiff(s),

v.

PAYMAN POULADDEJ,

    Defendant(s).

Case No: 4:20-CV-01186-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER
(CIVIL LOCAL RULE 11-3)

    I, Andrew Z. Smith, an active member in good standing of the bar of Georgia Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Payman Pouladdej in the above-entitled action. My local co-counsel in this case is Howard Holderness, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Greenberg Traurig, LLP<br>Terminus Tower 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305 | Greenberg Traurig, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (678) 553-2100 | (415) 655-1300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Smithaz@gtlaw.com | Holdernessh@gtlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 945798.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/30/20

                                                   Andrew Z. Smith
                                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Andrew Z. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/10/2020

                                                         *Haywood S. Gill Jr.*
                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

March 18, 2020

I hereby certify that Andrew Z. Smith, Esq., was admitted on the 24th day of May, 2018, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk