Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
James Joseph Ward (State Bar No. 263052)
joe.ward@bakermckenzie.com
Thomas A. D. Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**Baker & McKenzie LLP**
BAKER & McKENZIE LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: 310.201.4728
Facsimile: 310.201.4721

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA 94304
Telephone: 650.856.2400
Facsimile: 650 856 9299

Attorneys for Plaintiff
MATILOCK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILOCK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PAYMAN POULADDEJ,<br><br>Defendant. | Case No. 4:20-cv-01186-HSG<br><br>**STIPULATED REQUEST FOR AN ORDER TO MODIFY BRIEFING SCHEDULE PURSUANT TO LR 6-1(b), 6-2(a), 7-12;** ~~[PROPOSED]~~ **ORDER**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr. |

**STIPULATION**

Pursuant to LR 6-1(b), 6-2(a), 7-12, this Stipulation is entered into by Plaintiff Matilock, Inc. ("Matilock") and Defendant Payman Pouladdej ("Pouladdej") (collectively the "Parties") seeking an order of the Court to slightly modify the briefing schedule for Pouladdej's Motion to Dismiss Matilock's First Amended Complaint, filed on April 1, 2020 [Dkt. 16]. The Parties, through their respective counsel of record, stipulate as follows:

WHEREAS, on March 9, 2020, the Parties filed a Joint Stipulation for an extension of time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint or any First Amended Complaint [DKT 10], such that Defendant's time to respond was extended to April 1, 2020;

WHEREAS, the Parties' stipulation also included an agreement that if Defendant filed a motion under Rule 12 of the Federal Rules of Civil Procedure, the Parties would agree to a slightly modified briefing schedule to accommodate a personal issue of counsel for one of the Parties;

WHEREAS, counsel for the Parties have since relied on that stipulation over the last thirty days as the COVID-19 pandemic has greatly impacted their working conditions and other personal and professional obligations;

WHEREAS, on April 1, 2020 Defendant filed his Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") [Dkt. 16], which Defendant filed in accordance with the first Joint Stipulation filed on March 9, 2020 [Dkt. 10];

WHEREAS, the Parties respectfully request that the Court enter an order adjusting the briefing schedule for the Motion, as set forth herein;

WHEREAS, the requested adjustment would extend by approximately fourteen days the deadline for Plaintiff to file its opposition to the Motion and for Defendant to file his reply;

WHEREAS, the requested adjustment would not substantially impact the overall scheduling of this action, was initiated only on February 17, 2020;

WHEREAS, the Parties have agreed to the revised briefing schedule:

- Matilock to file its Opposition to the Motion on or before

  **April 29, 2020**

- Pouladdej to file a Reply in support of the Motion on or before **May 15, 2020**;

WHEREAS, the Stipulation will not alter the date of any event or any deadline already fixed by Court Order, but instead would simply call for adjusting the current hearing date for the Motion to a new hearing date as the Court may select in its discretion;

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1. On or before **April 29, 2020**, Matilock will file a response to the Motion;

2. On or before **May 15, 2020**, Pouladdej will file a reply in support of the Motion;

3. By entering into this Stipulation, the Parties do not waive and expressly preserve any and all rights and defenses, including specifically but not limited to, those based on jurisdiction and venue.

**IT IS SO AGREED AND STIPULATED.**

Dated:  April 9, 2020                           Respectfully submitted,

                                                **BAKER & McKENZIE LLP**
                                                TERESA H. MICHAUD
                                                ALEXANDER G. DAVIS

                                                By:  /s/ Teresa H. Michaud
                                                         Teresa H. Michaud
                                                Attorneys for Plaintiff
                                                Matilock, Inc.

                                                **GREENBERG TRAURIG, LLP**
                                                HOWARD HOLDERNESS
                                                STEVEN ROSENWASSER
                                                ANDREW Z. SMITH

Dated:     April 9, 2020                        By:  /s/ Howard Holderness

                                                Howard Holderness (State Bar No. 169814)
                                                holdernessh@gtlaw.com
                                                GREENBERG TRAURIG, LLP
                                                4 Embarcadero Center, Suite 3000
                                                San Francisco, California 94111
                                                Tel: 415-655-1300
                                                Fax: 415-707-2010

3

Steven Rosenwasser
Andrew Smith
GREENBERG TRAURIG, LLP
3333 Piedmont Road, N.E.
Terminus 200
Suite 2500
Atlanta, Georgia 30305
rosenwassers@gtlaw.com
678-553-7288
(*pro hac* forthcoming)
Attorneys for Defendant
Payman Pouladdej

## FILER'S ATTESTATION OF CONCURRENCE

I, Teresa H. Michaud, attest that I am the lead counsel for Plaintiff Matilock, Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated:    April  9, 2020               /s/ Teresa H. Michaud
                                        Teresa H. Michaud

4

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:   4/10/2020

_Haywood S. Gilliam Jr._
The Hon. Haywood S. Gilliam, Jr.
United Stated District Court Judge

1