1  Teresa H. Michaud (State Bar No. 296329)
   teresa.michaud@bakermckenzie.com
2  James Joseph Ward (State Bar No. 263052)
   joe.ward@bakermckenzie.com
3  Thomas A. D. Tysowsky (State Bar No. 330022)
   thomas.tysowsky@bakermckenzie.com
4  **BAKER & McKENZIE LLP**
   1901 Avenue of the Stars, Suite 950
5  Los Angeles, CA  90067
   Telephone: 310.201.4728
6  Facsimile: 310.201.4721

7  Alexander G. Davis (State Bar No. 287840)
   alexander.davis@bakermckenzie.com
8  **BAKER & McKENZIE LLP**
   600 Hansen Way
9  Palo Alto, CA  94304
   Telephone: 650.856.2400
10 Facsimile: 650 856 9299

11 Attorneys for Plaintiff
   MATILOCK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILOCK, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYMAN POULADDEJ, <br><br> Defendant. | Case No.  4:20-cv-01186-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br> **LR 6-2(a), 7-12** <br><br> Judge: The Hon. Haywood S. Gilliam, Jr. |

# **STIPULATION**

Pursuant to Northern District of California Local Rules 6-2(a) and 7-12, this Stipulation is entered into by Plaintiff Matilock, Inc. ("Matilock") and Defendant Payman Pouladdej ("Pouladdej") (collectively the "Parties") seeking an order of the Court to continue the hearing date for Pouladdej's Motion to Dismiss Matilock's First Amended Complaint ("Motion to Dismiss"), filed on April 1, 2020 [Dkt. 16]. The Parties, through their respective counsel of record, stipulate as follows:

WHEREAS, on April 9, 2020, the Parties filed a Stipulated Request for an order adjusting the briefing schedule for the Motion to Dismiss ("Joint Stipulation") [Dkt. 17];

WHEREAS, on April 10, 2020, the Court issued the signed Order granting the Stipulated Request [Dkt. 20];

WHEREAS, Defendant's Motion to Dismiss is currently set for hearing on May 14, 2020 at 2:00 PM in Courtroom 2 on the 4th Floor of the United States Courthouse, 1301 Clay Street, Oakland, California;

WHEREAS, in light of the newly-adjusted briefing schedule, the Parties have conferred and agreed to continue the noticed hearing date for the Motion to Dismiss from May 14, 2020 to June 4, 2020, which date the Parties understand is currently available under the Court's schedule;

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1. Defendant Pouladdej's Motion to Dismiss [Dkt. 16] shall be continued to June 4, 2020 at 2:00 p.m.;
2. By entering into this Stipulation, the Parties do not waive and expressly preserve any and all rights and defenses, including specifically but not limited to, those based on jurisdiction and venue.

**IT IS SO AGREED AND STIPULATED.**

| | |
|---|---|
| Dated: April 13, 2020 | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br>TERESA H. MICHAUD<br>ALEXANDER G. DAVIS<br><br>By: /s/ Teresa H. Michaud<br>       Teresa H. Michaud<br>Attorneys for Plaintiff<br>Matilock, Inc.<br><br>**GREENBERG TAURIG, LLP**<br>HOWARD HOLDERNESS<br>STEVEN ROSENWASSER<br>ANDREW Z. SMITH |
| Dated:    April 13, 2020 | By:   /s/ Steven Rosenwasser<br>         Steven Rosenwasser<br><br>Howard Holderness (State Bar No. 169814)<br>holdernessh@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>4 Embarcadero Center, Suite 3000<br>San Francisco, California 94111<br>Tel: 415-655-1300<br>Fax: 415-707-2010<br><br>Steven Rosenwasser<br>Andrew Smith<br>GREENBERG TRAURIG, LLP<br>3333 Piedmont Road, N.E.<br>Terminus 200<br>Suite 2500<br>Atlanta, Georgia 30305<br>rosenwassers@gtlaw.com<br>678-553-7288<br>Attorneys for Defendant<br>Payman Pouladdej |

**FILER'S ATTESTATION OF CONCURRENCE**

I, Teresa H. Michaud, attest that I am the lead counsel for Plaintiff Matilock, Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

| | |
|---|---|
| Dated:    April 13, 2020 | /s/ Teresa H. Michaud<br>      Teresa H. Michaud |

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 4/14/2020

The Hon. Haywood S. Gilliam, Jr.
United Stated District Court Judge