Teresa H. Michaud (State Bar No. 296329)
teresa.michaud@bakermckenzie.com
James Joseph Ward (State Bar No. 263052)
joe.ward@bakermckenzie.com
Thomas A. D. Tysowsky (State Bar No. 330022)
thomas.tysowsky@bakermckenzie.com
**BAKER & McKENZIE LLP**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: 310.201.4728
Facsimile: 310.201.4721

Alexander G. Davis (State Bar No. 287840)
alexander.davis@bakermckenzie.com
**BAKER & McKENZIE LLP**
600 Hansen Way
Palo Alto, CA  94304
Telephone: 650.856.2400
Facsimile: 650 856 9299

Attorneys for Plaintiff
MATILOCK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILOCK, INC.,<br><br>       Plaintiff,<br><br>       v.<br><br>PAYMAN POULADDEJ,<br><br>       Defendant. | Case No.  4:20-cv-01186-HSG<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER TO MODIFY BRIEFING SCHEDULE PURSUANT TO LR 6-1(b), 6-2(a), 7-12; [PROPOSED] ORDER**<br><br>Judge: The Hon. Haywood S. Gilliam, Jr. |

# **STIPULATION**

Pursuant to LR 6-1(b), 6-2(a), and 7-12, this Stipulation is entered into by Plaintiff Matilock, Inc. ("Matilock") and Defendant Payman Pouladdej ("Pouladdej") (collectively the "Parties") seeking an order of the Court to extend briefly the deadline for Matilock to file a Second Amended Complaint, in light of the parties' agreement to settle this dispute. The Parties, through their respective counsel of record, stipulate as follows:

WHEREAS, both Parties have notified the Court (ECF No. 31) that this action is related to the action styled *Pouladdej v. Matilock, Inc.*, Case No. 4:20-cv-04273-HSG, which is currently pending in this Court (collectively, the "Related Actions");

WHEREAS, on June 15, 2020, the Court granted in part, and denied in part, Pouladdej's Motion to Dismiss Matilock's First Amended Complaint, and granted Matilock 28 days to file a Second Amended Complaint, due July 13, 2020 (ECF No. 29);

WHEREAS, the Parties are simultaneously filing a Joint Stipulated Request to Extend an impending deadline in Case No. 4:20-cv-04273-HSG for same reasons set forth herein;

WHEREAS, the Parties in this case have reached a binding settlement agreement on all essential terms to fully resolve the Related Actions;

WHEREAS, the Parties are in the process of memorializing a formal settlement agreement for signature during the week of July 13, 2020; and essential terms thereof;

WHEREAS, the Parties' settlement agreement calls for the voluntary dismissal, with prejudice, of all claims in the Related Actions;

WHEREAS, the Parties respectfully request the Court enter an order extending the time for Matilock to file a Second Amended Complaint (if necessary) by 7 days in order to give the Parties time to memorialize the settlement agreement.

WHEREAS, the Parties have agreed to the revised briefing schedule:

- Matilock to file its Second Amended Complaint on or before **July 20, 2020**

//
//
//

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby **STIPULATE** and **AGREE** as follows:

1. On or before **July 20, 2020**, Matilock will file a Second Amended Complaint;
2. By entering into this Stipulation, the Parties do not waive and expressly preserve any and all rights and defenses.

**IT IS SO AGREED AND STIPULATED.**

Dated: July 10, 2020                    Respectfully submitted,

**BAKER & McKENZIE LLP**
TERESA H. MICHAUD
JAMES JOSEPH WARD
ALEXANDER G. DAVIS
THOMAS A. D. TYSOWSKY

By: /s/ Teresa H. Michaud
      Teresa H. Michaud
Attorneys for Plaintiff
Matilock, Inc.

**GREENBERG TRAURIG, LLP**
HOWARD HOLDERNESS
STEVEN ROSENWASSER
ANDREW Z. SMITH

Dated: July 10, 2020                    By: /s/ Howard Holderness
                                              Howard Holderness
                                        Attorneys for Defendant
                                        Payman Pouladdej

Howard Holderness (State Bar No. 169814)
holdernessh@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, California 94111
Tel: 415-655-1300

Steven Rosenwasser
Andrew Smith
GREENBERG TRAURIG, LLP
3333 Piedmont Road, N.E.
Terminus 200
Suite 2500
Atlanta, Georgia 30305
rosenwassers@gtlaw.com
Tel: 678-553-7288
(*pro hac* forthcoming)

**FILER'S ATTESTATION OF CONCURRENCE**

I, Teresa H. Michaud, attest that I am the lead counsel for Plaintiff Matilock, Inc. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated:   July 10, 2020                            /s/ Teresa H. Michaud
                                                              Teresa H. Michaud

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 7/14/2020

The Hon. Haywood S. Gilliam, Jr.
United Stated District Court Judge